# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | No. 03-10059-T-An |
| ) | |
| DARRYL PAUL DUNCAN, ) | |
| ) | |
| Defendant. ) | |

## ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL

Defendant, *pro se*, has moved the court for the appointment of counsel. Judgment was entered against Defendant on September 20, 2004. Defendant has neither a direct appeal nor a § 2255 motion pending before the court. Neither has he been granted permission to proceed *in forma pauperis*. Therefore, he is not entitled to have a court-appointed attorney, and Defendant's motion is DENIED.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

17 May 2005
DATE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5/18/05


UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 47 in case 1:03-CR-10059 was distributed by fax, mail, or direct printing on May 18, 2005 to the parties listed.

---

Richard Leigh Grinalds
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Darryl Paul Duncan
USP Terre Haute
18716-076
P.O. Box 33
Hwy. 63 S.
Terre Haute, IN 47808

Honorable James Todd
US DISTRICT COURT